UNITED STATES of America,
Plaintiff-Appellee,

v.

Ruben ROJAS, Defendant-Appellant.

No. 76–2451
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 1976.

Bennie E. Ray, Brownsville, Tex., for defendant-appellant.

Edward B. McDonough, Jr., U. S. Atty., Mary L. Sinderson, George A. Kelt, Jr., Asst. U. S. Atty., Houston, Tex., Robert A. Berg, Asst. U. S. Atty., Corpus Christi, Tex., James R. Gough, Asst. U. S. Atty., Houston, Tex., for plaintiff-appellee.

Before AINSWORTH, CLARK and RONEY, Circuit Judges.

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.

PER CURIAM:

The search of appellant's vehicle took place at the Sarita checkpoint which was the subject of *Sifuentes v. United States,* affirmed *sub nom., United States v. Martinez-Fuerta,* —— U.S. ——, 96 S.Ct. 3074, 49 L.Ed.2d —— (1976). The officer had probable cause to search the car after he detected the car interior smelled of alcohol and marijuana. The judgment of the district court finding appellant guilty of possession of marijuana with intent to distribute is affirmed.